# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DONALD PATRICK GARRETT**  　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　No. 4:11-cv-704-DPM

**MICHAEL J. ASTRUE, Commissioner**
**of the Social Security Administration**　　　　　**DEFENDANT**

## JUDGMENT

The Commissioner's decision is affirmed. Garrett's complaint is dismissed with prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 January 2013