IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONALD PATRICK GARRETT                                          PLAINTIFF

v.                          No. 4:11-cv-704-DPM

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration                           DEFENDANT

## JUDGMENT

The Commissioner's decision is affirmed. Garrett's complaint is dismissed with prejudice.

D.P. Marshall Jr.
United States District Judge

9 January 2013